UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRIDAL WAREHOUSE, INC., ET AL.                                          Plaintiffs

v.                                                                      Civil Action No. 3:22CV-282-RGJ

FRANKENMUTH MUTUAL INSURANCE                                            Defendant
COMPANY

\* \* \* \* \*

## ORDER

The Court, having been advised by the Magistrate Judge that settlement has been reached on all matters in this case **[DE 58]**, **ORDERS** that this action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE** and **STRICKEN** from the **ACTIVE DOCKET.**

The parties shall tender an agreed order dismissing this case with prejudice within forty-five (45) days of entry of this Order. The Court will entertain a motion to redocket this action upon application to this Court within forty-five (45) days from entry of this Order if the settlement is not consummated.

September 19, 2023

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

Copies to:  Counsel of Record