sUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
3:22-cv-282-RGJ

| | |
|---|---|
| BRIDAL WAREHOUSE, INC., <br> McCANDLESS AND COMPANY LLC, <br> And <br> WILDCAT VENTURE PROS, LLC <br>    ***PLAINTIFFS*** | ) <br> ) <br> ) <br> ) <br> ) |
| VS. | ) <br> ) |
| FRANKENMUTH MUTUAL <br> INSURANCE COMPANY <br>    ***DEFENDANT*** | ) <br> ) <br> ) |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Parties having informed the Court that dismissal of the Plaintiffs' Complaint as well as dismissal of the Defendant's Counter Claim is appropriate at this time, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** with each Party to bear its own costs. It is further **ORDERED AND ADJUDGED** that the Defendant's Counter Claim is **DISMISSED WITH PREJUDICE** with each Party to bear its own costs. There being no further claims, the Parties hereby request that the Clerk strike this matter from the active docket.

There being no just cause for delay, this Order shall be final and appealable.

Entered this the _____ day of November 3, 2023 _____, 2023.

*Rebecca Grady Jennings, District Judge*
*United States District Court*

1

Prepared by:

__/s/ *Susan L. Maines*_____
SUSAN L. MAINES
CASEY BAILEY & MAINES PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, Kentucky 40513
(859)243-0228
smaines@cbmlaw.net
*Attorney for Defendant*


Seen and Agreed to by:


s/Clinton H. Scott_____
Clinton H. Scott
McWherter Scott Bobbitt PLC
54 Exeter Road, Suite D
Jackson, TN  38305
clint@msb.law
*Attorney for Plaintiffs*

## CLERK'S CERTIFICATE OF SERVICE

This certifies that a true and accurate copy of the foregoing was delivered electronically and by U.S. Mail and, postage prepaid, to the following on this the _____ day of _____, 2023:

Clinton H. Scott
Baker Evans
McWherter Scott Bobbitt PLC
54 Exeter Road, Suite D
Jackson, TN  38305
clint@msb.law

Susan L. Maines
CASEY BAILEY & MAINES PLLC
3151 Beaumont Centre Circle, Suite 200
Lexington, Kentucky 40513
smaines@cbmlaw.net


_____
CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY